IGENERAL COUNSEL, P.C.
Wendy Evelyn Giberti (SBN 268933)
    wgiberti@igeneralcounsel.com
9595 Wilshire Blvd., Ste 900
Beverly Hills, CA 90212
Telephone: (310) 300-4082
Fax: (310) 300-8401

DAVIS WRIGHT TREMAINE LLP
Ambika Kumar Doran (WA SBN 38237) (admitted *pro hac vice*)
    ambikadoran@dwt.com
920 Fifth Avenue, Ste 3300
Seattle, WA 98104
Telephone: (206) 757-8030
Fax: (206) 757-7700

Sean M. Sullivan (SBN 229104)
    seansullivan@dwt.com
Heather F. Canner (SBN 292837)
    heathercanner@dwt.com
865 S. Figueroa St., Suite 2400
Los Angeles, California 90017-2566
Telephone (213) 633-6800
Fax (213) 633-6899

Attorneys for Defendant
MH SUB I, LLC d/b/a INTERNET BRANDS

# THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORIS BINDMAN, a California resident, individually and on behalf of similarly situated persons,<br><br>      Plaintiff,<br><br>  vs.<br><br>MH SUB I, LLC (d/b/a Martindale-Nolo Lead Generation Program, Martindale-Nolo Legal Marketing Network, and Nolo Experthub), a Delaware Limited Liability Company; INTERNET BRANDS, INC., a Delaware Corporation; and DOES 1-30 inclusive,<br><br>      Defendants. | Case No. 2:20-cv-02042-JFW-MRW<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>Assigned to the Hon. John F. Walter<br><br>Action Filed: May 14, 2019 |

STIPULATION TO DISMISS ACTION WITH PREJUDICE
Case No. 2:20-cv-02042-JFW-MRW

This Stipulation is entered into by and between Plaintiff Boris Bindman, on the one hand, and Defendant MH Sub I, LLC d/b/a Internet Brands, on the other hand (together, the "Parties").

IT IS HEREBY STIPULATED by and between the Parties through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its/his own costs and attorneys' fees.

DATED: July 24, 2020        DAVIS WRIGHT TREMAINE LLP

By: */s/* Sean M. Sullivan

Sean M. Sullivan

Attorneys for Defendant
MH SUB I, LLC d/b/a INTERNET BRANDS

DATED: July 24, 2020        FOLEY BEZEK BEHLE & CURTIS, LLP

By: */s/* Robert A. Curtis

Robert A. Curtis

Attorneys for Plaintiff
BORIS BINDMAN

STIPULATION TO DISMISS ACTION WITH PREJUDICE
Case No. 2:20-cv-02042-JFW-MRW

1

## **ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Sean M. Sullivan, attest that other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

/s/ Sean M. Sullivan

STIPULATION TO DISMISS ACTION WITH PREJUDICE
Case No. 2:20-cv-02042-JFW-MRW